■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH VACCARINO, on Behalf of CESAR ROMAN, Appellant, v ALLYN R. SIELAFF, as Commissioner of Correction of City of New York, Respondent.—Appeal by the petitioner from an order of the Supreme Court, Queens County (Naro, J.), dated September 11, 1991.

Ordered that the appeal is dismissed as academic *(see, People ex rel. Heinrich v Sielaff,* 176 AD2d 978). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.